UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY M. WORCESTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SPOKANE, et al.,<br><br>Defendants. | NO.   CV-10-0241-JLQ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR WAIVER OF FILING FEE** |

BEFORE THE COURT is Magistrate Judge Cynthia Imbrogno's Report and Recommendation for Order Granting Plaintiff's Motion for Leave to Proceed as a Veteran Under the USERRA and Waiver of Filing Fee Under Local Rule 7.1. Ct. Rec. 6. Though the deadline for objections has not passed, the only litigant having appeared in the case is the Plaintiff. As no objections are expected to this favorable recommendation, the court hereby ADOPTS the Report and Recommendation in its entirety, and **GRANTS** Plaintiff's motion **(Ct. Rec. 2)**. The filing fee is hereby **WAIVED**.

The Clerk of the Court is directed to file this order and direct a copy to counsel.

**DATED** this 13th  day of August 2010.

s/ Justin L. Quackenbush<br>JUSTIN L. QUACKENBUSH<br>SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1