UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY M. WORCESTER,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SPOKANE, et al.,<br><br>    Defendants. | NO. CV-10-241-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

    The parties have stipulated to the dismissal of this action with prejudice. Pursuant to the Stipulation (ECF No. 21), the Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint (ECF No. 8) and the claims therein without costs or attorneys fees to any party.

    **IT IS SO ORDERED:** The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

    **DATED** this 10th day of December 2010.

                   s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1