AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GREGORY M. WORCESTER,

v.

COUNTY OF SPOKANE, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-241-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above entitled action is hereby dismissed with prejudice without costs or attorneys' fees to any party.

December 10, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb